# Exhibit B

| PATENT NO. 8,550,269 | HOGG'S SIPPY CUP |
|---|---|
| **Claim 1** ||
| 1. A drink bottle and lid, comprising: | |
| a bottle having a mouth with a lid engaging structure; | Lid engaging structure |

Exhibit 3 – 1



| PATENT NO. 8,550,269 | HOGG'S SIPPY CUP |
|---|---|
| a removable lid having a cooperating engaging structure for selective engagement with the lid engaging structure of said bottle; | Removable lid  Removable lid Cooperating engaging structure  |
| said removable lid including an inner lid and an outer lid, said inner lid including said cooperating engaging structure, said inner lid defining a button tunnel and a spout opening, said button tunnel including an enclosing structure defining an enclosed channel to slidably receive a sliding element, said inner lid including a first hinge portion; | Outer lid Inner lid Button Tunnel Spout opening First hinge portion Enclosing Structure  |

| PATENT NO. 8,550,269 | HOGG'S SIPPY CUP |
|---|---|
| said removable lid including an inner lid and an outer lid, said inner lid including said cooperating engaging structure, said inner lid defining a button tunnel and a spout opening, said button tunnel including an enclosing structure defining an enclosed channel to slidably receive a sliding element, said inner lid including a first hinge portion; |  |

Exhibit 3 – 3

| PATENT NO. 8,550,269 | HOGG'S SIPPY CUP |
|---|---|
| said outer lid including a second hinge portion for pivoting engagement with said first hinge portion to form a hinge so that said outer lid is pivotable relative to said inner lid between an open position and a closed position; |  |
| a button mounted within said button tunnel of said inner lid so as to be movable between a lock position and an unlock position, said button including a sliding arm slidably mounted within said channel within said enclosing structure of said inner lid, said sliding arm being enclosed within said enclosing structure to prevent contact with said sliding arm by a user, said sliding arm undergoing translational movement within said enclosed channel during movement of said button between said lock position and said unlock position; | |

Exhibit 3 – 4

| PATENT NO. 8,550,269 | HOGG'S SIPPY CUP |
|---|---|
| a button mounted within said button tunnel of said inner lid so as to be movable between a lock position and an unlock position, said button including a sliding arm slidably mounted within said channel within said enclosing structure of said inner lid, said sliding arm being enclosed within said enclosing structure to prevent contact with said sliding arm by a user, said sliding arm undergoing translational movement within said enclosed channel during movement of said button between said lock position and said unlock position; |  |

Locked position — Enclosing structure — Sliding arm (mounted within channel to allow the button to slide between positions) — Enclosed Channel — Button — Unlocked position

Exhibit 3 – 5

| PATENT NO. 8,550,269 | HOGG'S SIPPY CUP |
|---|---|
|  |  Enclosing structure — Sliding arm (enclosed within the enclosing structure preventing a user from making contact with the sliding arm) |
| a locking tab extending from said outer lid, said locking tab engaging said button when said outer lid is in said closed position and said button is in said lock position, said locking tab being disengaged from said button when said button is moved to said unlock position; | Locking tab |

Exhibit 3 – 6

| PATENT NO. 8,550,269 | HOGG'S SIPPY CUP |
|---|---|
| a drink spout mounted in said spout opening of said inner lid, said drink spout extending from said inner lid at a position to permit a user to drink fluid contained within the bottle from the drinking tube when said outer lid is in the open position, said outer lid covering said drink spout when said outer lid is in said closed position; and | Open position — Drink spout / Closed position |
| a bail handle mounted on said outer lid and pivotable between a stowed position and a deployed position | Stowed position / Deployed position — Handle, Outer lid |
| **Claim 3** | |
| 3. A drink bottle and lid, comprising: | See Claim 1 |

Exhibit 3 – 7

| PATENT NO. 8,550,269 | HOGG'S SIPPY CUP |
|---|---|
| a bottle having a mouth with a lid engaging structure; | See Claim 1 |
| a removable lid having a cooperating engaging structure for selective engagement with the lid engaging structure of said bottle; | See Claim 1 |
| said removable lid including an inner lid and an outer lid, said inner lid including said cooperating engaging structure, said inner lid defining a button tunnel and a spout opening, said inner lid including a first hinge portion; | (image: labeled photograph showing Outer lid, Inner lid, Button tunnel, First hinge portion, Spout opening) |
| said outer lid including a second hinge portion for pivoting engagement with said first hinge portion so that said outer lid is pivotable relative to said inner lid between an open position and a closed position; | (images: Open position showing First hinge portion and Second hinge portion; Closed Position) |

Exhibit 3 – 8

| PATENT NO. 8,550,269 | HOGG'S SIPPY CUP |
|---|---|
| a button mounted within said button tunnel of said inner lid so as to be movable between a lock position and an unlock position; | <br>Locked position — Button Tunnel — Button — Unlocked position |
| a locking tab extending from said outer lid, said locking tab engaging said button when said outer lid is in said closed position and said button is in said lock position, said locking tab being disengaged from said button when said button is moved to said unlock position; | See Claim 1 |
| a drink spout mounted in said spout opening of said inner lid, said drink spout extending from said inner lid at a position to permit a user to drink fluid | See Claim 1 |

Exhibit 3 – 9

| PATENT NO. 8,550,269 | HOGG'S SIPPY CUP |
|---|---|
| contained within the bottle from the drinking tube when said outer lid is in the open position, said outer lid covering said drink spout when said outer lid is in said closed position; and | |
| a bail handle mounted on said outer lid and pivotable between a stowed position and a deployed position | See Claim 1 |
| wherein said first and second hinge portions include hinge pins and hinge bearings, said hinge bearings including channels through which said hinge pins move when said when the outer lid is moved beyond a fully open position so as to release said first and second hinge portions from one another. | Image of blue sippy cup lid with labels: Channel, Second hinge portion, First hinge portion, Hinge pin, Hinge bearing |
| **Claim 8** | |
| 8. A drink bottle and lid, comprising: | See Claim 1 |
| a bottle having a mouth with a lid engaging structure; | See Claim 1 |

Exhibit 3 – 10

| PATENT NO. 8,550,269 | HOGG'S SIPPY CUP |
|---|---|
| a removable lid having a cooperating engaging structure for selective engagement with the lid engaging structure of said bottle; | See Claim 1 |
| said removable lid including an inner lid and an outer lid, said inner lid including said cooperating engaging structure, said inner lid defining a button tunnel and a spout opening, said inner lid including a first hinge portion; | See Claim 3 |
| said outer lid including a second hinge portion for pivoting engagement with said first hinge portion so that said outer lid is pivotable relative to said inner lid between an open position and a closed position; | See Claim 3 |
| a button mounted within said button tunnel of said inner lid so as to be movable between a lock position and an unlock position; | See Claim 3 |
| a locking tab extending from said outer lid, said locking tab engaging said button when said outer lid is in said closed position and said button is in said lock position, said locking tab being disengaged from said button when said button is moved to said unlock position; | See Claim 1 |

Exhibit 3 – 11

| PATENT NO. 8,550,269 | HOGG'S SIPPY CUP |
|---|---|
| a drink spout mounted in said spout opening of said inner lid, said drink spout extending from said inner lid at a position to permit a user to drink fluid contained within the bottle from the drinking tube when said outer lid is in the open position, said outer lid covering said drink spout when said outer lid is in said closed position; and | See Claim 1 |
| a bail handle mounted on said outer lid and pivotable between a stowed position and a deployed position; | See Claim 1 |
| wherein said hinge includes two spaced hinge bearings on said outer lid for engaging two hinge mounts on said inner lid, and further comprising a curved cover between said hinge bearings, said curved cover blocking access to a space between said two hinge mounts by a user's finger. | Curved Cover (blocks access to space between hinge mounts); Spaced Hinge Bearing; Hinge Mounts |

Exhibit 3 – 12